UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GUILHERME PENIDO LOBATO,

Plaintiff,

v. Case No: 6:25-cv-1961-JSS-NWH

DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, FIELD OFFICE DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ORLANDO FIELD OFFICE, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.
___________________________________/

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have filed a joint stipulation for dismissal with prejudice. (Dkt. 15.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action . . . by filing . . . a stipulation of dismissal signed by all parties who have appeared."). The rule "requir[es] each and every party that has thus far appeared in [the] lawsuit"—including "a party that appeared but has already been removed from [the] action"—"to sign [the] stipulation of dismissal." *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023). Here, only Plaintiff and Defendants have appeared in this lawsuit, and they signed the stipulation through their legal counsel. (Dkt. 15.) Thus, the requirements for dismissal under Rule 41(a)(1)(A)(ii) are met.

Accordingly:

1. This case is **DISMISSED with prejudice**.
2. This case remains closed.

**ORDERED** in Orlando, Florida, on January 21, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record